Thomas v Niagara Frontier Tr. Auth. (2025 NY Slip Op 03963)

Thomas v Niagara Frontier Tr. Auth.

2025 NY Slip Op 03963

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND NOWAK, JJ. (Filed June 27, 2025.) 

MOTION NO. (19/25) CA 24-00368.

[*1]DEVERE THOMAS, PLAINTIFF-APPELLANT, 
v
NIAGARA FRONTIER TRANSIT AUTHORITY, NFTA POLICE DEPARTMENT AND THEIR AGENTS, SERVANTS AND EMPLOYEES, AND NFTA POLICE OFFICER ROBERT GAWLAK, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER Motion for reargument or leave to appeal to the Court of Appeals denied.